IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICKIE SIBBITT,

        Petitioner,        Civil No. 06-1347-AA

        v.        ORDER

SHARON BLACKLETTER,

        Respondent.

AIKEN, District Judge.

    By Order (#16) entered April 4, 2007, petitioner was allowed 14 days to show cause in writing why his petition should not be denied and this proceeding dismissed on the ground that petitioner's claims are time barred.

    Petitioner was advised that failure to show cause as

1 - ORDER

directed by the court would result in the dismissal of this proceeding.

Petitioner has not responded to the court's order. Respondent's Answer (#11) and Exhibits (#12) establish that petitioner did not file his federal petition for habeas corpus within the limitations period established by 28 U.S.C. § 2244(d). Petitioner has not established any extraordinary circumstances beyond his control made it impossible to file his claims on time. Miles v. Prunty, 187 F.3d 1104, 1107 (9th Cir. 1999).

Petitioner's Petition (#2) is denied. This proceeding is dismissed.

IT IS SO ORDERED

DATED this 8 day of May, 2007.

Ann Aiken
United States District Judge

2 - ORDER